■ ELAINE KREDA, Respondent, v. LOUIS KREDA, Appellant.— Order unanimously modified so as to fix temporary alimony at the sum of $40 per week and counsel fee at the sum of $350. On this record the amounts now allowed are warranted. Settle order on notice. Appeal [from order denying motion to reargue] unanimously dismissed. Concur — Botein, J. P., Rabin, Cox and Bergan, JJ.

■ HALLIE M. SINCLAIR, Respondent, v. JOHN S. SINCLAIR, Appellant. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox and Bergan, JJ.

■ LOIS LITTMAN, Respondent, v. JULIUS LITTMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Botein, J. P., Rabin, Cox and Bergan, JJ.

■ SOPHIE S. HESS, Respondent, v. IRMA H. WARFMAN, Also Known as IRMA HESS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Rabin, J. P., Cox, Valente and Bergan, JJ.

■ ROBERT D. ECKHOUSE & ASSOCIATES, Respondent, v. OHIO TURNPIKE COMMISSION, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant and the motion granted. No opinion. (See Breen v. Mortgage Comm., 285 N. Y. 425.) Concur — Botein, J. P., Rabin, Cox and Bergan, JJ.

■ STATLER MANUFACTURERS CORP., Respondent, v. VENDALL. INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox and Bergan, JJ.

■ LORAINE P. LIEBMANN, Respondent, v. HERMAN LIEBMANN, Appellant. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Settle order on notice. Concur — Botein, J. P., Rabin, Cox and Bergan, JJ.

■ A/S GRINDSTEDVAERKET, a Corporation, Respondent, v. EUROPEAN CHEMICAL Co. INC., Defendant-Appellant, and Third-Party Plaintiff-Appellant. J. H. BAUMINGER, INC., Third-Party Defendant-Respondent.— The factual issues to be tried in the third-party action and the main action are for all intents and purposes the same and it would therefore seem advisable that there be one rather than two separate trials — possibly with inconsistent results. The fact that some delay might be involved if the actions are not severed is not controlling particularly in view of the circumstance that there was a delay of four and one-half years in commencing the action. Order unanimously reversed, with $20 costs and disbursements to the appellant and the motion to place the cause on the commercial nonjury reserve calendar granted. Settle order on notice. Concur — Botein, J .P., Rabin, Cox and Bergan, JJ.